UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | | |
|---|---|---|---|
| In re: | Melvin Smith, Jr. | * | Case No. 09-31442 |
| | Debtor. | * | Chapter 13 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO DIRECT PAYMENT**

NOW COMES Counsel, Jeffrey M. Sirody, Esq., and the Law Firm of Sirody, Freiman & Feldman, P.C., and moves this Court to direct that certain funds held by the Chapter 13 Trustee be paid to Counsel, and states:

1. The Debtor filed for Relief under Chapter 13 of the Bankruptcy Code on July 29, 2009. Pursuant to the 2016(b) filed with the Court, Counsel charged a flat fee for representation of $3,500.00, of which $1,500.00 was paid before the case was filed. The Chapter 13 Plan proposed and filed provided for the payment of the balance of attorney's fees through the Plan.

2. That on June 5, 2010 this Honorable Court issued an Order Denying Confirmation of the Chapter 13 Plan without Leave to Amend.

3. As of the date of the filing of this Motion, the Chapter 13 Trustee was holding $2,098.00 in Debtor payments.

4. Counsel requests that the Chapter 13 Trustee pay Counsel directly from the monies she is holding towards the balance of attorney's fees due, and, if the monies she is holding are in excess of the total fees, to refund the balance of the funds to the Debtor.

5. Pursuant to 11U.S.C. § 330(a)(4)(B), "In a Chapter 12 or Chapter 13 case in which the Debtor is an individual, the Court may allow reasonable compensation to the debtor's attorney for representing the interests of the debtor in connection with the bankruptcy case based on a consideration of the benefit and necessity of such services to the Debtor and the other factors set forth in this section." Therefore, in a Chapter 13 case, Debtor's Counsel is within the scope of § 330(a), and as counsel fees are administrative expenses, they are entitled to payment directly from funds held by the Chapter 13 Trustee.

6. Pursuant to a Retainer Agreement, Debtor has assigned his interest in the funds held by the Trustee to the extent that Counsel is still owed fees or expenses. The Agreement provides in pertinent part, "If a . . . Trustee remits funds to the Attorney, which are payable to the Client, the Client hereby authorizes the

      Attorney to . . . deposit them into the Attorney's escrow account.  The Client further gives the Attorney an absolute power . . . to apply said funds for any expense . . . or to apply said funds to any balance owed . . ."

7. The balance owed under the Agreement is $2,000.00. It was a flat fee agreement/ contract.  Paragraph 4(B) of Appendix F creates a rebuttable presumption that a flat fee, not to exceed $4,500.00 is presumed reasonable. As stated above, the client has paid only $1,500.00 up front, leaving $2,000.00 unpaid.   Payment of the $2,000 to Counsel by the Trustee will satisfy the flat fee agreement/contract, and be less than the quantum meruit fee demonstrated in the time sheets attached as Exhibit A.

8. Counsel respectfully submits and hereby affirms to the Court that the fees for the legal services expended and the legal services performed on behalf of the Debtor were both reasonable and necessary, based on the customary compensation charged by Counsel and other comparably skilled attorneys.  Counsel further submits for the purposes of this Motion, that the flat fee analysis of paragraph 4(B) of Appendix F is a proper and equitable basis on which this Court may make an allowance for fees.

9. Counsel has made no allowance for sharing of compensation with any third party.

WHEREFORE, Counsel prays that the Court order the Chapter 13 Trustee to pay the fees requested in this application directly to Counsel from the payments held by the Chapter 13 Trustee.

                    Respectfully submitted,

                    SIRODY, FREIMAN & FELDMAN, P.C.

                    By:   /s/ *Jeffrey M. Sirody*
                    Jeffrey M. Sirody, # 11715
                    Sirody, Freiman, and Feldman, PC
                    1777 Reisterstown Road, Ste 360E
                    Baltimore MD 21208

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this June 12, 2010, a copy of the foregoing Motion to Direct Payment was delivered by electronic means to:
Case Trustee
US Trustee
and mailed, first class, postage prepaid to: all creditors on attached matrix, and the Debtor.

                     /s/ *Jeffrey M. Sirody*
                    Jeffrey M. Sirody

Ellen Myles-Wilson, Case#: 09-31442

Creditors

American Medical Collection Agency
2269 South Saw Mill River Rd
Elmsford, NY 10523

Assetcare, Inc.
5100 Peachtree Industrial
Norcross, GA 30071

At&T Credit Management
Po Box 721440
Norman, OK 73070

BG &E
PO Box 1431
Baltimore, MD 21203

BGE Home
P.O. Box 43720
Nottingham, MD 21236

Bureau of Treasury Management
Collection Division
200 Holliday Street
Baltimore, MD 21202

Chase Home Finance LLC
10790 Rancho Bernardo Rd
San Diego, CA 92127

Chase Manhattan Mortga
10790 Rancho Bernardo Rd
San Diego, CA 92127

City of Baltimore
Metered Water Bill
200 Holiday Street
Baltimore, MD 21202

Comptroller of Maryland
Revenue Admins Division
Annapolis, MD 21411

Comptroller of the Treasury
Compliance Division, Room 409
301 W. Preston Street
Baltimore, MD 21201

D.P. Malayaman MD
4001 Wilkens Ave
Baltimore, MD 21229

Drive Financial
PO Box 560284
Dallas, TX 75266

GC Services
4777 Hilton Corp Drive
Columbus, OH 43232

Golden Eagle 2008, LLC
c/o James F. Truitt, Jr.
20 E Timonium Road, Ste. 101
Timonium, MD 21093

IRS
PO Box 219690
Kansas City, MO 64121-9698

Municipal Office Building
Tax Sale Unit
Room # 1
200 Holliday Street
Baltimore, MD 21202

Nco Fin/51
Pob 13574
Philadelphia, PA 19101

Nco Fin/51
Incomplete Address Provided

NCO Financial Systems
507 Prudentail Rd
Horsham, PA 19044

Radiation Oncology Affiliates
Attn: Jane Gansler
9105 Franklin Square Drive
Ste 100
Rosedale, MD 21237-3930

Rjm Acq Llc
575 Underhill Blvd Suite 224
Syosset, NY 11791

Roam P,A
9105 Franklin Sq Dr
Suite 100
Rosedale, MD 21237

Sallie Mae, Inc. on behalf of USA Funds
Attn: Bankruptcy Litigation Unit E3149
PO Box 9430
Wilkes-Barre, PA 18773-9430

Santander Consumer USA
PO Box 560284
Dallas, TX 75356-0284

Shapiro & Burson, LLP
13135 Lee Jackson Hwy.
Suite 201
Fairfax, VA 22033

Sonya Dillon & Jerome Shane
8222 Maxine Circle
Pikesville, MD 21208

St. Joseph Medical Center
P.O. Box 644163
Pittsburgh, PA 15264

St. Joseph Physician Enterprise
P.O. Box 79944
Baltimore, MD 21278

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201

Supervisor of Delin. Accts.
Rm. 1 Municipal Building
Holliday & Lexington Streets
Baltimore, MD 21202

U S A Funds
Po Box 6180
Indianapolis, IN 46206