**EXHIBIT A**                                              Melvin Smith, Jr.
                                                           09-23947

## TIME SHEETS/ACCOUNTING

**PARTNER TIME:**            $350.00/Hr.
**ATTORNEY TIME:**           $295.00/Hr.
**ADMINISTRATIVE TIME:**     $195.00/Hr.

_____

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 3-10-09 | Initial consult with client | JMS | 1.1 | $385.00 |
| 3-24-09 | Processed payment from client. | DC | .1 | $19.50 |
| 3-27-09 | Processed payment from client. | DC | .1 | $19.50 |
| 4-17-09 | Returned client call. | JMS | .1 | $35.00 |
| 5-20-09 | Reviewed foreclosure and short sale documents. | JGJ | .1 | $19.50 |
| 5-22-09 | Spoke with client re: foreclosure notice. | LS | .1 | $19.50 |
| 6-03-09 | Reviewed Notice of Intent and called client re: packet. | DC | .2 | $39.00 |
| 7-14-09 | Called Shapiro & Burson and left message. | ASM | .1 | $19.50 |
| 7-15-09 | Researched client's prior fiings. | BJB | .1 | $29.50 |
|  | Processed payment from client. | DC | .1 | $19.50 |
| 7-16-09 | Called client re: remaining fees. | DC | .1 | $19.50 |
| 7-24-09 | Scheduled and called client with appointment information. | DC | .1 | $19.50 |
| 7-29-09 | Filed case and called Shapiro & Burson. | AMM | .3 | $58.50 |
| 7-30-09 | Reviewed deficiency notice. | LS | .1 | $19.50 |
|  |  | **Page total** |  | **$722.50** |
|  |  | **Total** |  | **$722.50** |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 7-31-09 | Tasked deficiency to AMG. | SLM | .1 | $19.50 |
| 8-4-09 | Reviewed notice debtor is ineligible for discharge. | LS | .1 | $19.50 |
| 8-12-09 | Reviewed letter from Trustee re: 341 meeting. | LS | .1 | $19.50 |
|  | Met with client for packet review. | AMG | .5 | $97.50 |
| 8-13-09 | Mailed hearing notice to client. | DC | .1 | $19.50 |
| 8-13-09 | Prepared and filed motion for extension of time. | AMG | .2 | $39.00 |
| 8-17-09 | Reviewed notice for motion for extension. | LS | .1 | $19.50 |
|  | Reviewed and tasked deficiency to AMG | SLM | .1 | $19.50 |
| 8-20-09 | Drafted and mailed letter to client re: completing documents for case. | AMG | .1 | $19.50 |
| 8-24-09 | Reviewed file and called client. | AMG | .1 | $19.50 |
| 8-31-09 | Called client several times, left message. | AMG | .2 | $39.00 |
|  | Spoke with client re: completing documents. | AMG | .3 | $58.50 |
| 9-2-09 | Spoke to client re: appointment. | AMG | .1 | $19.50 |
|  | Called client and schedule an appointment. | DC | .1 | $19.50 |
|  | Received pay stubs from client. | DC | .1 | $19.50 |
| 9-3-09 | Reviewed notice granting extension of time. | LS | .1 | $19.50 |
| 9-4-09 | Reviewed notice and tasked to AMG. | SLM | .1 | $19.50 |
|  |  |  | **Page total** | **$487.50** |
|  |  |  | **Total** | **$1,210.00** |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 9-08-09 | Returned call to client and left message. | DC | .1 | $19.50 |
| 9-9-09 | Prepared petition for signing. | AMG | .7 | $136.50 |
| | Called client re: scheduled appointment, left message. | AMG | .1 | $19.50 |
| 9-10-09 | Spoke with client rescheduled appointment. | AMG | .2 | $39.00 |
| | Met with client and reviewed file. | AMG | .6 | $117.00 |
| | File remaining documents. | AMG | .2 | $39.00 |
| | Reviewed Notice of Possible Dismissal | SLM | .1 | $39.00 |
| 9-11-09 | Spoke with client re: car accident. | DC | .1 | $19.50 |
| | Attended creditors meeting, without client. | BJB | .5 | $147.50 |
| 9-14-09 | Filed response to motion to dismiss. | BJB | .1 | $29.50 |
| | Reviewed Notice of possible dismissal of case. | LS | .1 | $19.50 |
| 9-23-09 | Added creditor. | MPN | .1 | $19.50 |
| 9-24-09 | Received additional creditor from client. | DC | .1 | $19.50 |
| | Met with client and requested accident report. | MPN | .1 | $19.50 |
| 9-28-09 | Spoke with client re: plan payments. | BJB | .1 | $29.50 |
| 9-30-09 | Met with client, collected plan payment and advised to call mortgage company. | MPN | .1 | $19.50 |
| | Faxed copy of payment to Trustee. | MPN | .1 | $19.50 |
| 10-02-09 | Reviewed Trustee's withdrawal of non-compliance. | LS | .1 | $19.50 |
| | | | **Page total** | $772.00 |
| | | | **Total** | $1,982.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 10-2-09 | Pre-confirmation review. | DPA | .4 | $118.00 |
| 10-5-09 | Spoke with Trustee re: requesting a new 341 date. | DPA | .3 | $88.50 |
|  | Spoke with client re: attending hearing and plan payment. | AMM | .1 | $19.50 |
| 10-6-09 | Spoke with client re: police report. | DPA | .1 | $29.50 |
| 10-7-10 | Attended confirmation hearing with client. | DPA | .6 | $177.00 |
| 10-13-09 | Reviewed Trustee's agreement for a continuance of 341 meeting. | MPN | .1 | $19.50 |
| 10-14-10 | Filed Notice of Continuance of Meeting of Creditors. | MPN | .1 | $19.50 |
| 10-15-09 | Copied and mailed Notice of Continuance. | LS | .1 | $19.50 |
| 10-16-09 | Met with client re: circuit court case. | MPN | .3 | $58.50 |
| 10-23-09 | Reviewed civil case complaint. | JMS | .2 | $70.00 |
|  | Spoke with outside attorney re: civil case. | MPN | .1 | $19.50 |
| 10-26-09 | Mailed hearing notice to client. | DC | .1 | $19.50 |
| 10-28-09 | Reviewed e-mail from Trustee re: plan payments. | LS | .1 | $19.50 |
| 10-30-09 | Spoke with client set appointment. | LS | .1 | $19.50 |
|  | Filed Amended Statement of Financial Affairs. | MPN | .1 | $19.50 |
| 11-4-09 | Spoke with client re: creditors meeting. | BJB | .1 | $29.50 |
|  |  |  | **Page total** | **$746.50** |
|  |  |  | **Total** | **$2,728.50** |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 11-5-10 | Attended creditors meeting with client. | BJB | .8 | $236.00 |
| 11-12-09 | Met with client and took taxes. | BJB | .2 | $59.00 |
| 11-18-09 | Reviewed request for hearing. | LS | .1 | $19.50 |
| 11-20-09 | Received list of creditors from client. | BJB | .1 | $29.50 |
| 11-24-09 | Spoke with client re: appointment with IRS. | MPN | .1 | $19.50 |
|  | Reviewed Trustee's Objection to Confirmation. | LS | .1 | $19.50 |
| 11-25-09 | Reviewed proof of claim from Barclays. | LS | .1 | $19.50 |
| 12-1-09 | Pre-confirmation review. | DPA | .3 | $88.50 |
|  | Reviewed Motion to Dismiss. | DPA | .2 | $59.00 |
| 12-3-09 | Spoke with client re: 2008 Tax Return. | AMR | .1 | $19.50 |
|  | Filed Certificate of Service. | AMR | .2 | $39.00 |
| 12-04-09 | Spoke with client re: signing Amended Schedule F. | MPN | .1 | $19.50 |
|  | Met with client and filed Amended Schedule F and Amended Statement of Financial Affairs. | MPN | .2 | $39.00 |
|  | Mailed notice to new creditors. | MPN | .1 | $19.50 |
| 12-8-09 | Filed Statement of Bankruptcy with District Court for Baltimore City. | AMR | .2 | $39.00 |
|  |  | **Page total** |  | **$725.50** |
|  |  | **Total** |  | **$3,454.00** |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 12-10-09 | Reviewed Order Dismissing case. | LS | .1 | $19.50 |
| | E-mailed Trustee's office. | SLM | .1 | $19.50 |
| 12-14-09 | Prepared motion to reconsider. | DPA | .4 | $118.00 |
| | Filed Motion to Reinstate | SLM | .1 | $19.50 |
| 12-15-09 | Spoke with district court clerk. | LS | .1 | $19.50 |
| 12-16-09 | Reviewed Proceeding Memo. | LS | .1 | $19.50 |
| | Filed Line Withdrawing Suggestion. | AMR | .1 | $19.50 |
| | Reviewed Order on Motion to Reconsider. | LS | .1 | $19.50 |
| | Mailed hearing notice to client. | DC | .1 | $19.50 |
| 1-5-10 | Called and left message with client re: hearing. | AMR | .1 | $19.50 |
| | Pre-confirmation review. | DPA | .3 | $88.50 |
| | Spoke with Trustee re: confirmation. | DPA | .2 | $59.00 |
| | Called and left message with client to attend hearing. | AMR | .1 | $19.50 |
| 1-6-10 | Attended confirmation hearing with client. | DPA | 1 | $295.00 |
| 1-07-10 | Reviewed order requesting More Definite Statement of Statement of Bankruptcy. | LS | .1 | $19.50 |
| 1-14-10 | Spoke with District Court re: postponement of case. | GCA | .2 | $39.00 |

|  |  |
|---|---|
| **Page total** | $814.00 |
| **Total** | $4,268.00 |

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 1-19-10 | Spoke with client re: hearing and Post Confirmation Certification. | AAM | .1 | $19.50 |
|  | Filed Post Confirmation Certification. | AAM | .1 | $19.50 |
| 1-20-10 | Attended confirmation hearing with client. Case confirmed. | DPA | .6 | $177.00 |
| 1-27-10 | Met with client re: state court case. | DPA | .7 | $206.50 |
| 1-28-10 | Reviewed order confirming case. | LS | .1 | $19.50 |
| 1-29-10 | Spoke with Trustee and agreed to vacate confirmation order. Spoke with client. | DPA | .3 | $88.50 |
| 2-3-10 | Spoke with creditor re: confirmation of case and motion to vacate. | GCA | .1 | $19.50 |
| 2-04-10 | Reviewed wage order. | LS | .1 | $19.50 |
|  | Reviewed order to reschedule circuit court case. | LS | .1 | $19.50 |
| 2-18-10 | Reviewed letter from Trustee re: updated employment information. | LS | .1 | $19.50 |
| 2-22-10 | Reviewed joint motion to vacate and new confirmation hearing date. | LS | .1 | $19.50 |
| 3-4-10 | Reviewed Deutsche Bank's objection to plan. | DPA | .1 | $29.50 |
|  | Reviewed order vacating confirmation. | LS | .1 | $19.50 |
| 3-08-10 | Mailed hearing notice to client. | DC | .1 | $19.50 |

**Page total**    **$696.50**
**Total**    **$4,964.50**

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 3-23-10 | Received Notice of Mortgage Payment Change. | LS | .1 | $19.50 |
| 3-29-10 | Reviewed order from circuit court. | LS | .1 | $19.50 |
| 4-5-10 | Reviewed e-mail from Trustee. | DPA | .2 | $59.00 |
| 4-6-10 | Called client re: Trustee payments and hearing. | AMR | .1 | $19.50 |
| 4-7-10 | Attended confirmation hearing with client. | DPA | .9 | $265.50 |
| 4-9-10 | Prepared Chapter 13 Plan. | DPA | .4 | $118.00 |
| 4-13-10 | Spoke with client re: bank account and contacted bank. | GCA | .3 | $58.50 |
| 4-14-10 | Called and left message with client. | AMR | .1 | $19.50 |
| 4-15-10 | Called and spoke with client, he will be in today to sign the plan. | LMS | .1 | $19.50 |
| 4-16-10 | Filed Amended Plan. | LMS | .1 | $19.50 |
|  | Mailed hearing notice to client. | DC | .1 | $19.50 |
| 4-21-10 | Reviewed Praecipe withdrawing Objection of Barclays. | LS | .1 | $19.50 |
| 4-30-10 | Reviewed Response to Production in circuit court case. | LS | .1 | $19.50 |
| 5-10-10 | Reviewed deficiency on document filed by Deutsche Bank. | LS | .1 | $19.50 |
| 5-11-10 | Reviewed Motion for Relief filed by Deutsche Bank and mailed to client. | LS | .1 | $19.50 |

**Page total** $715.50
**Total** $5,680.00

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 5-12-10 | Reviewed Amended Motion for Relief. | LS | .1 | $19.50 |
| 5-24-10 | Spoke with client re: Motion for Relief, advised we would seek a consent. | GCA | .1 | $19.50 |
|  | Reviewed Motion for Relief, spoke with client and filed response. | GCA | .3 | $58.50 |
| 5-27-10 | Called client to set appointment. | DC | .1 | $19.50 |
| 5-28-10 | Pre-confirmation review. | DPA | .2 | $59.00 |
| 6-2-10 | Attended confirmation hearing. | DPA | .4 | $118.00 |
|  | Filed Line re: Dismissal Without Leave to Amend. | MM | .1 | $19.50 |
|  | Met with client. | JMS | .3 | $105.00 |
| 6-2-10 | Spoke with client re: hearing on Motion for Relief. | GCA | .1 | $19.50 |
|  | Filed Withdrawal of Document. | GCA | .2 | $39.00 |
| 6-7-10 | Reviewed Line consenting to Dismissal Without Leave to Amend and order. | LS | .1 | $19.50 |

**Page total**    $ 496.50
**Total**    $6,176.50

# Time and Fee Summary

**PARTNER TIME: $350.00/Hr.**

| | | |
|---|---|---|
| JMS- Jeffrey M. Sirody | 1.7 | $595.00 |
| **Total Partner Time** | **1.7** | **$595.00** |

**ATTORNEY TIME:**   $295.00/Hr.

| | | |
|---|---|---|
| BJB- Benjamin J. Beatty | 2.0 | $590.00 |
| DPA- D Phillip Anderson | 7.6 | $2,242.00 |
| **Total Attorney Time** | **9.6** | **$2,832.00** |

**ADMINISTRATIVE TIME:**   $195.00/Hr.

| | | |
|---|---|---|
| DC- Deborah Coleman | 1.8 | $351.00 |
| SLM- Sandra L. Meyer | 0.6 | $117.00 |
| JGJ- Jean Jory | 0.1 | $19.50 |
| LS- Lisa Salkov | 3.4 | $663.00 |
| GCA- Gerri Auchinscloss | 1.3 | $253.50 |
| AMR- Amanda Rowlett | 1.0 | $195.00 |
| ASM | 0.1 | $19.50 |
| MPN-Meg Nichols | 1.6 | $312.00 |
| AMM- Aleatha Mable | 0.4 | $78.00 |
| AMG- Amanda Glover | 3.3 | $643.50 |
| LMS- Leon Sutton | 0.2 | $39.00 |
| MM- Mitchelle | 0.1 | $19.50 |
| AAM- | 0.2 | $39.00 |
| **Total Administrative Time** | **14.1** | **$2,749.50** |

**Totals:**   Time **25.4**   Fees **$6,176.50**