**DENIED**

**The Court hereby awards total compensation in the amount of $2,000 under Section 503(b). The Trustee is authorized to pay Movant only the balance of $2,000 less any prior payments or retainers. If Movant seeks a greater award, Movant shall file an application for compensation within 15 days. The Trustee shall retain any excess funds for such 15 day period, or if an application is filed, until the application is resolved.**



_____
**ROBERT A. GORDON**
**U. S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

In re:        Melvin Smith, Jr.           *           Case No. 09-23947

              Debtor.                      *           Chapter 13

*    *    *    *    *    *    *    *    *    *    *    *    *

**ORDER DIRECTING PAYMENT**

UPON MOTION BY COUNSEL FOR THE DEBTOR, and good cause having been shown, it is hereby,

**ORDERED**, by the United States Bankruptcy Court for the District of Maryland, that the Chapter 13 Trustee shall remit unto Counsel for the Debtor $2,000.00.

cc
Debtor
Debtor's Counsel
Chapter 13 Trustee
US Trustee
All creditors

**END OF ORDER**